MATTHEW TRAVIS HOUSTON CHTD
ABA No. 09662784
HDSP No. 1210652
PO Box 650
Indian Springs, NV 89070-0650

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

MATTHEW TRAVIS HOUSTON, )
*Plaintiff/Petitioner* )
v. ) Civil Action No. _____
ENCORE EVENT TECHNOLOGIES, ET AL, )
*Defendant/Respondent* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **HIGH DESERT STATE PRISON**.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ __0__, and my take-home pay or wages are: $ __0__ per
(specify pay period) __NA__.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment   ☐ Yes   ☑ No
(b) Rent payments, interest, or dividends            ☐ Yes   ☑ No
(c) Pension, annuity, or life insurance payments     ☐ Yes   ☑ No
(d) Disability, or worker's compensation payments    ☐ Yes   ☑ No
(e) Gifts, or inheritances                           ☐ Yes   ☑ No
(f) Any other sources                                ☐ Yes   ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

United States District Court

## DISTRICT OF NEVADA

MATTHEW TRAVIS HOUSTON,

Plaintiff/Petitioner,

v. ENCORE EVENT TECHNOLOGIES, SHERIFF JOE LOMBARDO AND GOLDEN ENTERTAINMENT, ET AL,

Defendant/Respondent(s).

APPLICATION TO PROCEED
IN FORMA PAUPERIS
FOR INMATE
RELATED CASE NUMBER(s) 2:21-cv-00499-JAD-DJA
2:22-cv-01607-APG-DJA
2:22-cv-01685-JAD-BNW

(Case Number to be assigned by Clerk)

I, Matthew Travis Houston, declare that I am the (check the appropriate box)

- [X] Plaintiff (filing 42 U.S.C. § 1983)
- [ ] Petitioner (writ of habeas corpus 28 U.S.C. §§ 2254 or 2241)
- [ ] Movant (filing 28 U.S.C. § 2255 motion)
- [ ] Other
- [ ] Defendant/Respondent

in this case. I am unable to prepay the fees of this proceeding or give security because of my poverty. I acknowledge and consent that a portion of any recovery, as directed by the court, shall be paid to the clerk for reimbursement of all fees incurred by me as a result of being granted leave to proceed in forma pauperis.

In further support of this application, I answer the following questions:

1. Are you presently employed?   ___Yes   [X] No

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (List gross and net salary.)

   b. If the answer is "no," state the date of last employment and the amount of the salary or wages per month which you received. September 30th, 2016. $12,000 - $15,000, sometimes $30,000 / month. Now SEE EJDC A-17-758861-C.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment?   ___Yes   [X] No

Effective 12-1-20

  b. Rent payments, interest or dividends?  ___Yes X No
  c. Pensions, annuities or life insurance payments? ___Yes X No
  d. Gifts or inheritances?  ___Yes X No
  e. Any other sources?  ___Yes X No

  If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts (include any funds in prison accounts, and any funds on deposit with a bank, saving & loan, etc., outside the prison)?
   ___ Yes  X No

  If the answer is "yes," state the total value and list the location of each account, type of account, and amount or balance in the account. Do not include your account number(s).

4. Do you own or have any interest in any real estate, stocks, bonds, notes, trusts, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   ___ Yes  X No

  If the answer is "yes," describe the property, its location and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support each month.
  Nobody because this is emotional distress and personal injury claims (SEE NEWS)

6. Do you receive any income from disability, Social Security or any other pension?
   ___ Yes  X No

  If the answer is "yes," describe the source and amount received each month.

7. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?
   ___ Yes  X No

  If the answer is "yes," give the date, describe the property, assets or money, give the name of the person given custody of the item and the reason for the transfer.

# ACKNOWLEDGMENT

I, the undersigned, acknowledge that I have read the foregoing and that the information contained therein is true and correct to my own knowledge and belief.

Further, I state that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member of any inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

Further, I acknowledge that if any of the information included in this motion for leave to proceed *in forma pauperis* is false or misleading, I understand that sanctions may be imposed against me. Those sanctions may include, but are not limited to, the following:

(1) dismissal of my case with prejudice;
(2) imposition of monetary sanctions;
(3) the Nevada Department of Prisons may bring disciplinary proceedings for a violation of MJ-48 of the Code of Penal Discipline, which can include all sanctions authorized under the Code including the loss of good time credits and punitive confinement; and
(4) perjury charges.

Further, I hereby authorize the United States District Court, District of Nevada, or its representative, to investigate my financial status, and authorize any individual, corporation, or governmental entity to release any such information to the said Court or its representative.

Further, I acknowledge and consent that a portion of any recovery, as directed by the court, shall be paid to the clerk for reimbursement of all fees and costs incurred by me as a result of being granted leave to proceed *in forma pauperis*.

Dated this __22__ day of __SEPTEMBER__, 20__22__.

_____
(Signature of Applicant)

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Signed at __HIGH DESERT STATE PRISON__
(Location)

__SEPTEMBER 22ND, 2022__
(Date)

_____
(Signature)

__1210652__
(Inmate Prison Number)

3

## FINANCIAL CERTIFICATE

I request that an authorized officer of the institution in which I am confined, or other designated entity, such as Inmate Services for the Nevada Department of Prisons (NDOC), complete the below Financial Certificate.

I understand that:

(1) if I commence a petition for writ of habeas corpus in federal court pursuant to 28 U.S.C. § 2254, the filing fee is $5.00, and that such fee will have to be paid by me if the court denies my *in forma pauperis* application;

(2) if I commence a civil rights action in federal court pursuant to 42 U.S.C. § 1983, the filing fee is $400.00 (which includes the $350 filing fee and a $50 administrative fee), which I must pay in full; and

(a) if my current account balance (line #1 below) is $400.00 or more, I will not qualify for *in forma pauperis* status and I must pay the full filing fee of $400.00 before I will be allowed to proceed with the action;

(b) if I do **NOT** have $400.00 in my account as reflected on line #1 below, before I will be allowed to proceed with an action I will be required to pay 20% of my average monthly balance (line #2 below), or the average monthly deposits to my account (line #3 below), whichever is greater, and thereafter I must pay installments of 20% of the preceding month's deposits to my account in months that my account balance exceeds $10.00 (if I am in the custody of the NDOC, I hereby authorize the NDOC to make such deductions from deposits to my account, and I further understand that if I have a prison job, then the 20% of my paycheck that is guaranteed to me as spendable money will be sent to the court for payment of the filing fee); and

(c) I must continue to make installment payments until the $350.00 filing fee is fully paid, without regard to whether my action is closed or my release from confinement. The $50 administrative fee will be waived only if I am granted permission to proceed *in forma pauperis*.

Type of action (check one):   X  civil rights           X  habeas corpus

Matthew Travis Houston                                   _____ 1210652
INMATE NAME (printed)                                    SIGNATURE & PRISON NUMBER

1. CURRENT ACCOUNT BALANCE                               $ 0.25
2. AVERAGE MONTHLY BALANCE*                              $ 36.64
3. AVERAGE MONTHLY DEPOSITS*                             $ 66.67
4. FILING FEE (based on #1, #2 or #3, whichever is greater)   $ 13.33

* for the past six (6) months, from all sources, including amount in any savings account that is in excess of minimum amount that must be maintained

I hereby certify that as of this date, the above financial information is accurate for the above named inmate.
**(Please sign in ink in a)**
**(color other than black.)**                            _____
                                                         AUTHORIZED OFFICER

May 25 2022                                              AA3
DATE                                                     TITLE

4

# Financial Certificates
## 1210652 - HOUSTON, MATTHEW
## (11/26/2021 - 5/25/2022)

### Trust

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 11/26/2021 | Opening Balance | | | $0.00 |
| 02/15/2022 | Keefe | $200.00 | | $200.00 |
| 02/15/2022 | Legal Copies | | ($2.50) | $197.50 |
| 02/15/2022 | Legal Copies | | ($0.90) | $196.60 |
| 02/15/2022 | Legal Copies | | ($3.00) | $193.60 |
| 02/15/2022 | Legal Copies | | ($2.50) | $191.10 |
| 02/15/2022 | Postage | | ($1.75) | $189.35 |
| 02/15/2022 | Gate Money | | ($19.35) | $170.00 |
| 02/15/2022 | Savings | | ($20.00) | $150.00 |
| 03/09/2022 | Phone Credit | | ($5.00) | $145.00 |
| 03/11/2022 | Commissary | | ($31.77) | $113.23 |
| 03/18/2022 | Commissary | | ($44.09) | $69.14 |
| 03/23/2022 | Phone Credit | | ($10.00) | $59.14 |
| 03/25/2022 | Commissary | | ($32.46) | $26.68 |
| 03/26/2022 | Legal Postage | | ($0.58) | $26.10 |
| 03/26/2022 | Legal Postage | | ($0.58) | $25.52 |
| 03/26/2022 | Legal Postage | | ($0.58) | $24.94 |
| 03/26/2022 | Legal Postage | | ($1.16) | $23.78 |
| 03/26/2022 | Legal Postage | | ($1.16) | $22.62 |
| 03/26/2022 | Legal Postage | | ($1.16) | $21.46 |
| 03/26/2022 | Legal Postage | | ($1.16) | $20.30 |
| 03/26/2022 | Legal Copies | | ($6.50) | $13.80 |
| 04/01/2022 | Commissary | | ($4.17) | $9.63 |
| 04/08/2022 | Commissary | | ($8.14) | $1.49 |
| 04/14/2022 | Commissary Refund | $8.14 | | $9.63 |
| 04/14/2022 | Trust 2 | | ($8.14) | $1.49 |
| 04/18/2022 | Trust 2 | $8.14 | | $9.63 |
| 04/18/2022 | Phone Credit | | ($9.00) | $0.63 |
| 04/23/2022 | Legal Postage | | ($0.58) | $0.05 |
| 05/08/2022 | Keefe | $200.00 | | $200.05 |
| 05/08/2022 | Gate Money | | ($5.65) | $194.40 |
| 05/08/2022 | Medical Copay | | ($8.00) | $186.40 |
| 05/08/2022 | Medical Copay | | ($8.00) | $178.40 |
| 05/08/2022 | Medical Copay | | ($8.00) | $170.40 |
| 05/08/2022 | Medical Copay | | ($0.35) | $170.05 |
| 05/08/2022 | Savings | | ($20.00) | $150.05 |
| 05/08/2022 | Phone Credit | | ($10.00) | $140.05 |
| 05/12/2022 | Phone Credit | | ($10.00) | $130.05 |
| 05/13/2022 | Commissary | | ($42.67) | $87.38 |
| 05/20/2022 | Commissary | | ($71.73) | $15.65 |
| 05/23/2022 | Phone Credit | | ($10.00) | $5.65 |
| 05/23/2022 | Phone Credit | | ($5.00) | $0.65 |
| 05/25/2022 | Legal Postage | | ($0.40) | $0.25 |
| 05/25/2022 | Closing Balance | | | $0.25 |

### Trust2

# Financial Certificates
## 1210652 - HOUSTON, MATTHEW

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 11/26/2021 | Opening Balance | | | $0.00 |
| 04/14/2022 | Trust 2 | $8.14 | | $8.14 |
| 04/18/2022 | Trust 2 | | ($8.14) | $0.00 |
| 05/25/2022 | Closing Balance | | | $0.00 |

### Trust3

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| | No Activity | | | |
| 11/26/2021 | Opening Balance | | | $0.00 |
| 05/25/2022 | Closing Balance | | | $0.00 |

### Savings

| Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 11/26/2021 | Opening Balance | | | $0.00 |
| 02/15/2022 | Savings | $20.00 | | $20.00 |
| 05/08/2022 | Savings | $20.00 | | $40.00 |
| 05/25/2022 | Closing Balance | | | $40.00 |

## Financial Certificates
### 1210652 - HOUSTON, MATTHEW

| Date | Daily Balance | Daily Deposit | Number Of Deposit |
|---|---|---|---|
| 11/26/2021 | $0.00 | $0.00 | 0 |
| 11/27/2021 | $0.00 | $0.00 | 0 |
| 11/28/2021 | $0.00 | $0.00 | 0 |
| 11/29/2021 | $0.00 | $0.00 | 0 |
| 11/30/2021 | $0.00 | $0.00 | 0 |
| 12/01/2021 | $0.00 | $0.00 | 0 |
| 12/02/2021 | $0.00 | $0.00 | 0 |
| 12/03/2021 | $0.00 | $0.00 | 0 |
| 12/04/2021 | $0.00 | $0.00 | 0 |
| 12/05/2021 | $0.00 | $0.00 | 0 |
| 12/06/2021 | $0.00 | $0.00 | 0 |
| 12/07/2021 | $0.00 | $0.00 | 0 |
| 12/08/2021 | $0.00 | $0.00 | 0 |
| 12/09/2021 | $0.00 | $0.00 | 0 |
| 12/10/2021 | $0.00 | $0.00 | 0 |
| 12/11/2021 | $0.00 | $0.00 | 0 |
| 12/12/2021 | $0.00 | $0.00 | 0 |
| 12/13/2021 | $0.00 | $0.00 | 0 |
| 12/14/2021 | $0.00 | $0.00 | 0 |
| 12/15/2021 | $0.00 | $0.00 | 0 |
| 12/16/2021 | $0.00 | $0.00 | 0 |
| 12/17/2021 | $0.00 | $0.00 | 0 |
| 12/18/2021 | $0.00 | $0.00 | 0 |
| 12/19/2021 | $0.00 | $0.00 | 0 |
| 12/20/2021 | $0.00 | $0.00 | 0 |
| 12/21/2021 | $0.00 | $0.00 | 0 |
| 12/22/2021 | $0.00 | $0.00 | 0 |
| 12/23/2021 | $0.00 | $0.00 | 0 |
| 12/24/2021 | $0.00 | $0.00 | 0 |
| 12/25/2021 | $0.00 | $0.00 | 0 |
| 12/26/2021 | $0.00 | $0.00 | 0 |
| 12/27/2021 | $0.00 | $0.00 | 0 |
| 12/28/2021 | $0.00 | $0.00 | 0 |
| 12/29/2021 | $0.00 | $0.00 | 0 |
| 12/30/2021 | $0.00 | $0.00 | 0 |
| 12/31/2021 | $0.00 | $0.00 | 0 |
| 01/01/2022 | $0.00 | $0.00 | 0 |
| 01/02/2022 | $0.00 | $0.00 | 0 |
| 01/03/2022 | $0.00 | $0.00 | 0 |
| 01/04/2022 | $0.00 | $0.00 | 0 |
| 01/05/2022 | $0.00 | $0.00 | 0 |
| 01/06/2022 | $0.00 | $0.00 | 0 |
| 01/07/2022 | $0.00 | $0.00 | 0 |
| 01/08/2022 | $0.00 | $0.00 | 0 |
| 01/09/2022 | $0.00 | $0.00 | 0 |
| 01/10/2022 | $0.00 | $0.00 | 0 |
| 01/11/2022 | $0.00 | $0.00 | 0 |
| 01/12/2022 | $0.00 | $0.00 | 0 |
| 01/13/2022 | $0.00 | $0.00 | 0 |

## Financial Certificates
### 1210652 - HOUSTON, MATTHEW

| Date | Daily Balance | Daily Deposit | Number Of Deposit |
|---|---|---|---|
| 01/14/2022 | $0.00 | $0.00 | 0 |
| 01/15/2022 | $0.00 | $0.00 | 0 |
| 01/16/2022 | $0.00 | $0.00 | 0 |
| 01/17/2022 | $0.00 | $0.00 | 0 |
| 01/18/2022 | $0.00 | $0.00 | 0 |
| 01/19/2022 | $0.00 | $0.00 | 0 |
| 01/20/2022 | $0.00 | $0.00 | 0 |
| 01/21/2022 | $0.00 | $0.00 | 0 |
| 01/22/2022 | $0.00 | $0.00 | 0 |
| 01/23/2022 | $0.00 | $0.00 | 0 |
| 01/24/2022 | $0.00 | $0.00 | 0 |
| 01/25/2022 | $0.00 | $0.00 | 0 |
| 01/26/2022 | $0.00 | $0.00 | 0 |
| 01/27/2022 | $0.00 | $0.00 | 0 |
| 01/28/2022 | $0.00 | $0.00 | 0 |
| 01/29/2022 | $0.00 | $0.00 | 0 |
| 01/30/2022 | $0.00 | $0.00 | 0 |
| 01/31/2022 | $0.00 | $0.00 | 0 |
| 02/01/2022 | $0.00 | $0.00 | 0 |
| 02/02/2022 | $0.00 | $0.00 | 0 |
| 02/03/2022 | $0.00 | $0.00 | 0 |
| 02/04/2022 | $0.00 | $0.00 | 0 |
| 02/05/2022 | $0.00 | $0.00 | 0 |
| 02/06/2022 | $0.00 | $0.00 | 0 |
| 02/07/2022 | $0.00 | $0.00 | 0 |
| 02/08/2022 | $0.00 | $0.00 | 0 |
| 02/09/2022 | $0.00 | $0.00 | 0 |
| 02/10/2022 | $0.00 | $0.00 | 0 |
| 02/11/2022 | $0.00 | $0.00 | 0 |
| 02/12/2022 | $0.00 | $0.00 | 0 |
| 02/13/2022 | $0.00 | $0.00 | 0 |
| 02/14/2022 | $0.00 | $0.00 | 0 |
| 02/15/2022 | $150.00 | $200.00 | 1 |
| 02/16/2022 | $150.00 | $0.00 | 0 |
| 02/17/2022 | $150.00 | $0.00 | 0 |
| 02/18/2022 | $150.00 | $0.00 | 0 |
| 02/19/2022 | $150.00 | $0.00 | 0 |
| 02/20/2022 | $150.00 | $0.00 | 0 |
| 02/21/2022 | $150.00 | $0.00 | 0 |
| 02/22/2022 | $150.00 | $0.00 | 0 |
| 02/23/2022 | $150.00 | $0.00 | 0 |
| 02/24/2022 | $150.00 | $0.00 | 0 |
| 02/25/2022 | $150.00 | $0.00 | 0 |
| 02/26/2022 | $150.00 | $0.00 | 0 |
| 02/27/2022 | $150.00 | $0.00 | 0 |
| 02/28/2022 | $150.00 | $0.00 | 0 |
| 03/01/2022 | $150.00 | $0.00 | 0 |
| 03/02/2022 | $150.00 | $0.00 | 0 |
| 03/03/2022 | $150.00 | $0.00 | 0 |

# Financial Certificates
## 1210652 - HOUSTON, MATTHEW

| Date | Daily Balance | Daily Deposit | Number Of Deposit |
|---|---|---|---|
| 03/04/2022 | $150.00 | $0.00 | 0 |
| 03/05/2022 | $150.00 | $0.00 | 0 |
| 03/06/2022 | $150.00 | $0.00 | 0 |
| 03/07/2022 | $150.00 | $0.00 | 0 |
| 03/08/2022 | $150.00 | $0.00 | 0 |
| 03/09/2022 | $145.00 | $0.00 | 0 |
| 03/10/2022 | $145.00 | $0.00 | 0 |
| 03/11/2022 | $113.23 | $0.00 | 0 |
| 03/12/2022 | $113.23 | $0.00 | 0 |
| 03/13/2022 | $113.23 | $0.00 | 0 |
| 03/14/2022 | $113.23 | $0.00 | 0 |
| 03/15/2022 | $113.23 | $0.00 | 0 |
| 03/16/2022 | $113.23 | $0.00 | 0 |
| 03/17/2022 | $113.23 | $0.00 | 0 |
| 03/18/2022 | $69.14 | $0.00 | 0 |
| 03/19/2022 | $69.14 | $0.00 | 0 |
| 03/20/2022 | $69.14 | $0.00 | 0 |
| 03/21/2022 | $69.14 | $0.00 | 0 |
| 03/22/2022 | $69.14 | $0.00 | 0 |
| 03/23/2022 | $59.14 | $0.00 | 0 |
| 03/24/2022 | $59.14 | $0.00 | 0 |
| 03/25/2022 | $26.68 | $0.00 | 0 |
| 03/26/2022 | $13.80 | $0.00 | 0 |
| 03/27/2022 | $13.80 | $0.00 | 0 |
| 03/28/2022 | $13.80 | $0.00 | 0 |
| 03/29/2022 | $13.80 | $0.00 | 0 |
| 03/30/2022 | $13.80 | $0.00 | 0 |
| 03/31/2022 | $13.80 | $0.00 | 0 |
| 04/01/2022 | $9.63 | $0.00 | 0 |
| 04/02/2022 | $9.63 | $0.00 | 0 |
| 04/03/2022 | $9.63 | $0.00 | 0 |
| 04/04/2022 | $9.63 | $0.00 | 0 |
| 04/05/2022 | $9.63 | $0.00 | 0 |
| 04/06/2022 | $9.63 | $0.00 | 0 |
| 04/07/2022 | $9.63 | $0.00 | 0 |
| 04/08/2022 | $1.49 | $0.00 | 0 |
| 04/09/2022 | $1.49 | $0.00 | 0 |
| 04/10/2022 | $1.49 | $0.00 | 0 |
| 04/11/2022 | $1.49 | $0.00 | 0 |
| 04/12/2022 | $1.49 | $0.00 | 0 |
| 04/13/2022 | $1.49 | $0.00 | 0 |
| 04/14/2022 | $1.49 | $0.00 | 0 |
| 04/15/2022 | $1.49 | $0.00 | 0 |
| 04/16/2022 | $1.49 | $0.00 | 0 |
| 04/17/2022 | $1.49 | $0.00 | 0 |
| 04/18/2022 | $0.63 | $0.00 | 0 |
| 04/19/2022 | $0.63 | $0.00 | 0 |
| 04/20/2022 | $0.63 | $0.00 | 0 |
| 04/21/2022 | $0.63 | $0.00 | 0 |

# Financial Certificates
## 1210652 - HOUSTON, MATTHEW

| Date | Daily Balance | Daily Deposit | Number Of Deposit |
|---|---|---|---|
| 04/22/2022 | $0.63 | $0.00 | 0 |
| 04/23/2022 | $0.05 | $0.00 | 0 |
| 04/24/2022 | $0.05 | $0.00 | 0 |
| 04/25/2022 | $0.05 | $0.00 | 0 |
| 04/26/2022 | $0.05 | $0.00 | 0 |
| 04/27/2022 | $0.05 | $0.00 | 0 |
| 04/28/2022 | $0.05 | $0.00 | 0 |
| 04/29/2022 | $0.05 | $0.00 | 0 |
| 04/30/2022 | $0.05 | $0.00 | 0 |
| 05/01/2022 | $0.05 | $0.00 | 0 |
| 05/02/2022 | $0.05 | $0.00 | 0 |
| 05/03/2022 | $0.05 | $0.00 | 0 |
| 05/04/2022 | $0.05 | $0.00 | 0 |
| 05/05/2022 | $0.05 | $0.00 | 0 |
| 05/06/2022 | $0.05 | $0.00 | 0 |
| 05/07/2022 | $0.05 | $0.00 | 0 |
| 05/08/2022 | $140.05 | $200.00 | 1 |
| 05/09/2022 | $140.05 | $0.00 | 0 |
| 05/10/2022 | $140.05 | $0.00 | 0 |
| 05/11/2022 | $140.05 | $0.00 | 0 |
| 05/12/2022 | $130.05 | $0.00 | 0 |
| 05/13/2022 | $87.38 | $0.00 | 0 |
| 05/14/2022 | $87.38 | $0.00 | 0 |
| 05/15/2022 | $87.38 | $0.00 | 0 |
| 05/16/2022 | $87.38 | $0.00 | 0 |
| 05/17/2022 | $87.38 | $0.00 | 0 |
| 05/18/2022 | $87.38 | $0.00 | 0 |
| 05/19/2022 | $87.38 | $0.00 | 0 |
| 05/20/2022 | $15.65 | $0.00 | 0 |
| 05/21/2022 | $15.65 | $0.00 | 0 |
| 05/22/2022 | $15.65 | $0.00 | 0 |
| 05/23/2022 | $0.65 | $0.00 | 0 |
| 05/24/2022 | $0.65 | $0.00 | 0 |

| Start Date | End Date | Total Daily Balances | Number Of Days | Average Monthly Balances |
|---|---|---|---|---|
| 11/26/2021 | 12/25/2021 | $0.00 | 30 | $0.00 |
| 12/26/2021 | 01/25/2022 | $0.00 | 31 | $0.00 |
| 01/26/2022 | 02/25/2022 | $1,650.00 | 31 | $53.23 |
| 02/26/2022 | 03/25/2022 | $3,223.27 | 28 | $115.12 |
| 03/26/2022 | 04/25/2022 | $200.97 | 31 | $6.48 |
| 04/26/2022 | 05/25/2022 | $1,351.01 | 30 | $45.03 |

| Start Date | End Date | Total Deposits | Number Of Deposits | Average Monthly Deposits |
|---|---|---|---|---|
| 01/26/2022 | 02/25/2022 | $200.00 | 1 | $200.00 |
| 04/26/2022 | 05/25/2022 | $200.00 | 0 * | $200.00 |

| | | | |
|---|---|---|---|
| Current Account Balance: | 5/25/2022 | $0.25 | |
| Average Monthly Account Balance: | | $36.64 | |
| Average Monthly Deposits: | | $66.67 | |
| Average Total Monthly Deposit: | | $66.67 | |

66 • 67 X
20 • %

Case 2:22-cv-01740-JAD-EJY   Document 1   Filed 10/17/22   Page 12 of 12

```
PLEASE EXECUTE A FINANC[IAL CER]TIFICATE FOR:

Inmate Name: Matthew Houston
Prison ID#: 1210652
Date: April 28th, 2022
Housing# H.D.S.P. 3-D-42

_____
Inmate Signature

[X] Please mail Financial Certificate to me upon return from Inmate Banking
              OR
[ ] Please schedule me an appointment to pick up my Financial Certificate
    upon return from Inmate Banking
```

[ 3 A-2 ]

DECLARATION OF PLAINTIFF,
MATTHEW TRAVIS HOUSTON

On April 25th, 2022, an "inmate IFP Form" was efiled in Case No. 2:22-cv-00693-JAD-NJK, although NDOC Law Library was unable to provide Plaintiff's valid "FINANCIAL CERTIFICATES" at that time.