| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JAN 05 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MATTHEW TRAVIS HOUSTON,

        Plaintiff - Appellant,

 v.

ENCORE EVENT TECHNOLOGIES and DIANNE FERRANTE,

        Defendants - Appellees.

No. 23-15596

D.C. No. 2:22-cv-01740-JAD-EJY
U.S. District Court for Nevada, Las Vegas

**MANDATE**

The judgment of this Court, entered December 13, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                        FOR THE COURT:

                        MOLLY C. DWYER
                        CLERK OF COURT